UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

MIAMI DOLPHINS, LTD. and
SOUTH FLORIDA STADIUM LLC,

                Plaintiffs,

vs.

FIRST CLASS CRUISES, LLC and
JEFFREY NAHOM, individually,

                Defendants.

Civil Case No. 1:23-cv-21514-BB

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 4] and Federal Rule of Civil Procedure 7.1(a), Plaintiffs Miami Dolphins, Ltd. and South Florida Stadium LLC make the following disclosures:

**I.    INTERESTED PERSONS**

The persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include the parties to this lawsuit and the individuals and entities listed below whose citizenship is ultimately attributed to Plaintiffs Miami Dolphins, Ltd. and South Florida Stadium LLC.

**II.    CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiff Miami Dolphins, Ltd., a Florida limited partnership, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock, and Plaintiff South Florida Stadium LLC, a Florida

limited liability company, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff Miami Dolphins, Ltd., and Plaintiff South Florida Stadium LLC state that the individuals and entities whose citizenship ultimately are attributed to Miami Dolphins, Ltd. and South Florida Stadium LLC are:

1. Stephen Ross, a citizen of Florida;

2. Stacy Ann Ferguson, a citizen of California;

3. Marc Anthony, a citizen of Florida;

4. Venus Williams, a citizen of Florida;

5. Serena Williams, a citizen of Florida;

6. Bruce Beal, a citizen of New York; and

7. Jordan Park Trust Company LLC, a New Hampshire chartered trust company as trustee for a trust, of which Kimberly Ross and Jennifer Ross, who are citizens of New York, are the beneficiaries.

Dated: June 7, 2023

Respectfully submitted,

By: */s/ Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez
Fla. Bar No.: 0715816
Matthew W. Tieman
Fla. Bar No.: 1044909
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 350-2393
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com
Email: mtieman@bilzin.com
Email: eservice@bilzin.com

*Counsel for Plaintiffs Miami Dolphins, Ltd. and South Florida Stadium LLC*